UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEALTHCALL OF DETROIT, INC.,

                 Plaintiff,                        No. 05-CV-74434

v.                                     Honorable R. Steven Whalen

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                 Defendant.

_____ /

## ORDER DENYING DEFENDANT'S POST-JUDGMENT MOTION

For the reasons stated on the record in open court on January 21, 2009,

Defendant's Motion for Judgment as a Matter of Law in a Jury Trial (JNOV), Motion for

New Trial, and/or Remittitur and, Alternatively, for Certification of Issue to the Michigan

Supreme Court [Docket #135] is DENIED.

        SO ORDERED.

                              S/R. Steven Whalen_____
                              R. STEVEN WHALEN
                              UNITED STATES MAGISTRATE JUDGE

Dated: January 21, 2009

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys
and/or parties of record by electronic means or U.S. Mail on January 21, 2009.

                              S/G. Wilson_____
                              Judicial Assistant