UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEALTHCALL OF DETROIT, INC.,

              Plaintiff,                    No. 05-CV-74434

v.                                     Honorable R. Steven Whalen

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

              Defendant.

_____/

## ORDER DENYING MOTION FOR RULE 11 SANCTIONS

For the reasons and under the terms stated on the record in open court on January

21, 2009, Defendant's Motion for Sanctions Pursuant to FRCP Rule 11 [Docket #147] is

DENIED.

        SO ORDERED.


                                   S/R. Steven Whalen_____
                                   R. STEVEN WHALEN
                                   UNITED STATES MAGISTRATE JUDGE

Dated:  January 21, 2009

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys
and/or parties of record by electronic means or U.S. Mail on January 21, 2009.


                                   S/Gina Wilson_____
                                   Judicial Assistant