UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEALTHCALL OF DETROIT, INC.,

    Plaintiff,                                   No. 05-CV-74434

v.                                         Honorable Judge R. Steven Whalen

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

**ORDER GRANTING MOTION TO CORRECT AMENDED JUDGMENT**

Plaintiff having filed a motion to correct amended judgment, on remand from the Sixth Circuit [Docket #192], the Defendant having concurred in said motion, and the Court being fully advised,

IT IS THEREFORE ORDERED that, pursuant to Fed.R.Civ.P. 60(a), Plaintiff's motion is GRANTED, and an amended judgment reflecting the correct amount of prejudgment interest ($300,555.64) shall issue.

                                               S/R. Steven Whalen
                                               R. STEVEN WHALEN
                                               UNITED STATES MAGISTRATE JUDGE

Dated: June 25, 2010

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 25, 2010.

                                               S/Gina Wilson
                                               Judicial Assistant